1  JAMES MCMANIS (40958)
   JOSHUA VOORHEES (241436)
2  McMANIS FAULKNER
   A Professional Corporation
3  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
4  Telephone:    408-279-8700
5  Facsimile:    408-279-3244
   Emails:       jmcmanis@mcmanislaw.com
6                jvoorhees@mcmanislaw.com
7
   Attorneys for Plaintiff,
8  Paul McCauley

                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION

| | |
|---|---|
| PAUL MCCAULEY, an individual<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, a public entity, SANTA CLARA COUNTY SHERIFF'S OFFICE, a department of the County of Santa Clara, SERGEANT SHERIFF JOHN PORRIA, an individual, DEPUTY SHERIFF PERRY FLORES, an individual, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. C-09-05530-JW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] JUDGMENT** |

1

McCauley v. County of Santa Clara, et al; Case No. C-09-05530-JW

## STIPULATION FOR ENTRY OF JUDGMENT

WHEREAS, on May 14, 2010, defendants, the County of Santa Clara, Santa Clara County Sheriff's Office, Sergeant John Porria and Deputy Sheriff Perry Flores served plaintiff, Paul McCauley, with their Offer of Judgment ("Offer of Judgment") attached hereto as Exhibit A, pursuant to Rule 68 of the Federal Rules of Civil Procedure, offering to allow entry of judgment.

WHEREAS, on May 25, 2010, plaintiff served and filed a Notice of Plaintiff's Acceptance of Offer of Compromise ("Notice of Acceptance"), attached hereto as Exhibit B.

NOW THEREFORE, plaintiff and all defendants, by and through their respective counsel, hereby stipulate as follows:

Pursuant to the May 14, 2010, Offer of Judgment, and the May 25, 2010, Notice of Acceptance, judgment shall be entered against the County, on behalf of all defendants, in favor of plaintiff, Paul McCauley, in the sum of fifty thousand dollars ($50,000.00) in damages, and fifty thousand dollars ($50,000.00) in costs and fees, for a total amount of One Hundred Thousand Dollars ($100,000.00).

DATE: May ___, 2010    McMANIS FAULKNER
June 16,

_____
JOSHUA VOORHEES

Attorneys for Plaintiff,
Paul McCauley

DATE: May June 14, 2010    MIGUEL MARQUEZ
Acting County Counsel

_____
DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendants,
County of Santa Clara, Santa Clara County Sheriff's Office, Sergeant Sheriff John Porria, and Deputy Sheriff Perry Flores

2
McCauley v. County of Santa Clara, et al; Case No. C-09-05530-JW

## JUDGMENT

This Court enters judgment as follows:

Pursuant to the May 14, 2010, Offer of Judgment, and the May 25, 2010, Notice of Acceptance, judgment shall be entered against the County, on behalf of all defendants, in favor of plaintiff, Paul McCauley, in the sum of fifty thousand dollars ($50,000.00) in damages, and fifty thousand dollars ($50,000.00) in costs and fees, for a total amount of One Hundred Thousand Dollars ($100,000.00).

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

The Clerk shall close this file.

DATED: June 25, 2010

_____
UNITED STATES DISTRICT JUDGE